IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL JEROME LITTLE,
     Plaintiff,

vs.                   CASE NO.: 3:07cv464/MCR/MD

D. ELLIS, et al.,
     Defendants.

---

## O R D E R

This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). The prisoner consent form signed by plaintiff is an outdated version which reflects a filing fee of $250.00. The current filing fee for a civil case is $350.00.  Because a prisoner who has been granted leave to proceed *in forma pauperis* is ultimately responsible for the entire amount, it is important that litigants are aware of the liability they incur by filing suit.  Therefore, if plaintiff wishes to proceed with this case, he shall either pay the $350.00 filing fee in full or submit a current prisoner consent form

Accordingly, it is ORDERED:

1.     Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DEFERRED.

2.     The clerk is directed to send plaintiff a current prisoner consent form which plaintiff shall fill out and file within **thirty (30) days**.  Plaintiff need not resubmit his account information.

3.     Failure to comply with this order will result in a recommendation that this case be dismissed.

DONE AND ORDERED this 2nd day of November, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**