IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL JEROME LITTLE,**
    Plaintiff,

vs.                                    3:07cv464/MCR/MD

**D. ELLIS, et al.,**
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 3, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process, and the clerk is directed to close the file.

DONE AND ORDERED this 4th day of January, 2008.

                            s/ *M. Casey Rodgers*
                            **M. CASEY RODGERS**
                            **UNITED STATES DISTRICT JUDGE**